# United States Court of Appeals

### For the Eighth Circuit

_____

No. 24-2354

_____

United States of America

*Plaintiff - Appellee*

v.

Jose Luis Coronado-Rubio, also known as John Arthur Diaz

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Western

_____

Submitted: February 4, 2025
Filed: February 7, 2025
[Unpublished]

_____

Before BENTON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Jose Luis Coronado-Rubio appeals the sentence the district court[1] imposed after he pled guilty to illegal reentry to the United States after he was previously

---

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

deported. His counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that his sentence--an upward departure from the Guidelines range--is substantively unreasonable.

After careful review of the record, we conclude that the district court did not abuse its discretion in departing upward. <u>See</u> U.S.S.G. § 2L1.2 comment. (n.6); <u>United States v. Cook</u>, 615 F.3d 891, 892 (8th Cir. 2010) (decision to depart upward reviewed for abuse of discretion). We also conclude that the sentence is substantively reasonable. <u>See</u> <u>United States v. Ruvalcava-Perez</u>, 561 F.3d 883, 886 (8th Cir. 2009) (departure sentence reviewed for reasonableness under abuse-of-discretion standard); <u>United States v. Feemster</u>, 572 F.3d 455, 461-62, 464 (8th Cir. 2009) (en banc) (abuse of discretion occurs when court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors); <u>United States v. Stults</u>, 575 F.3d 834, 849 (8th Cir. 2009) (where court makes individualized assessment based on facts presented, addressing defendant's proffered information in consideration of 18 U.S.C. § 3553(a) factors, sentence is not unreasonable); <u>United States v. Berni</u>, 439 F.3d 990, 993 (8th Cir. 2006) (per curiam) (sentence involving departure was reasonable where district court properly calculated Guidelines range, permissibly applied departure, and took resulting range and departure into account along with other § 3553(a) factors to arrive at sentence).

Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____